IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 15 PM 4: 45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

EDWARD TUCKER,

        Plaintiff,

vs.

J.B. MITCHELL, et al.,

        Defendants.

No. 04-3024-Ml/P

---

ORDER CORRECTING THE DOCKET
ORDER DIRECTING CLERK TO MAIL MAY 6, 2005, ORDER TO PLAINTIFF
AND
ORDER EXTENDING DEADLINE FOR COMPLIANCE

---

Plaintiff Edward Tucker, Tennessee Department of Correction ("TDOC") prisoner number 140105, who was, at the time he commenced this action, an inmate at the Tipton County Correctional Facility ("TCCF") in Covington, Tennessee, filed a pro se complaint pursuant to 42 U.S.C. § 1983 on December 14, 2004. The Court issued an order on May 6, 2005, directing the Plaintiff, within thirty days, to comply with the Prison Litigation Reform Act of 1995, 28 U.S.C. §§ 1915(a)-(b), or pay the $150 civil filing fee. The Plaintiff's copy of that order was returned by the post office on May 25, 2005, with a notation that he was no longer at the TCCF. Although the Plaintiff has not notified the Clerk of his change of address, the TDOC website indicates that Plaintiff is currently incarcerated at the Brushy Mountain Correctional Facility ("BMCX") in Petros, Tennessee. Accordingly, the Clerk is ORDERED to correct the docket to reflect the Plaintiff's current address. The

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on _7-18-05_

Plaintiff's address shall include his TDOC number, rather than the number assigned to him by the TCCF. The Clerk is further ORDERED, forthwith, to mail the May 6, 2005, order and a copy of the prisoner _in forma pauperis_ affidavit to the Plaintiff at his current address. The Plaintiff's time for compliance with that order is extended to thirty (30) days after the date of entry of this order.

IT IS SO ORDERED this ___15__ day of July, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:04-CV-03024 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Edward Tucker
BMCX
140105
P.O. Box 1000
Petros, TN 37845


Honorable Jon McCalla
US DISTRICT COURT