# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY W̲h̲e̲ D.C.

05 DEC 19 PM 5: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| EDWARD TUCKER, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| J.B. MITCHELL, et al., | CASE NO: 04-3024 Ml/P |
| Defendants. | |

### JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Assessing $150 Civil Filing Fee, Order of Dismissal, Order Certifying Appeal Not Taken in Good Faith, and Notice of Appellate Filing Fee, entered December __19__, 2005, this case is DISMISSED.

APPROVED:

_/s/ Jon P. McCalla_
JON P. McCALLA
UNITED STATES DISTRICT COURT

_Dec. 19, 2005_
Date

**THOMAS M. GOULD**
Clerk of Court

_/s/ Judy Easley_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12-20-05_

⑧

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:04-CV-03024 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Edward Tucker
140105
P.O. Box 279
Clifton, TN 38425--027

Honorable Jon McCalla
US DISTRICT COURT